# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROCKMAN, an individual,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>BEST OVERNITE EXPRESS, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　Defendants. | CASE NO. 08cv0257-LAB (JMA)<br><br>**ORDER VACATING ORDER OF FEBRUARY 14, 2008; AND**<br><br>**ORDER RE: PROOF OF SERVICE AND STATUS CONFERENCE** |

On February 14, 2008, the Court issued an order declining to exercise jurisdiction over supplemental state-law claims, and ordering Plaintiff to file proof of service. The Court now reconsiders and **VACATES** that order.

Plaintiff's counsel is now **ORDERED** promptly to file proof of service and, promptly following such filing, to contact chambers to schedule a status conference in this matter.

**IT IS SO ORDERED**.

DATED: February 15, 2008

　　　　　　　　　　　　　　　　　　*Larry A. Burns*

　　　　　　　　　　　　　　　　　　**HONORABLE LARRY ALAN BURNS**
　　　　　　　　　　　　　　　　　　United States District Judge