Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

JOHN BROCKMAN, an Individual

vs

BEST OVERNIGHT EXPRESS, INC., a California corporation; and DOES 1 through 10, inclusive

SUMMONS IN A CIVIL ACTION
Case No.

**'08 CV 0257 LAB JMA**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

LAW OFFICE OF MICHAEL TRACY
2030 Main St Suit 1300  Ph # 949-260-9171
Irvine CA 92614

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

FEB 1 5 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action