**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Case: Brockman v. Best Overnite Express                    Case No: 08cv0257-LAB (JMA)

HON. Larry A. Burns                    CT. DEPUTY ___                    Rptr. _____

                                       Present

Plaintiff(s):          No appearance.

Defendant(s):          No appearance.


        The parties jointly contacted the Court and confirmed they are prepared to appear telephonically for a status conference on **Monday, March 24, 2008 at 4:00 p.m.** as contemplated in the Court's order of February 19, 2008.  Accordingly, a joint telephonic status conference will be held at that time.


DATED:  March 21, 2008                              INITIALS:  _MDM_ Law Clerk