# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: Brockman v. Best Overnite Express          <u>Case No</u>: 08cv0257-LAB (JMA)

<u>HON. Larry A. Burns</u>          <u>CT. DEPUTY</u>          Rptr.

<u>Present</u>

<u>Plaintiff</u>:      Michael Tracy, Esq.

<u>Defendant</u>:   Kathleen Jeffries, Esq.

    A telephonic status conference was held today pursuant to the Court's minute order issued March 21, 2008. The parties shall contact the chambers of Magistrate Judge Jan Adler to schedule an Early Neutral Evaluation conference as soon as practicable following the filing of Defendant's answer.

DATED: March 24, 2008

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge