UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROCKMAN, | ) Case No. 08-CV-0257-LAB (JMA) |
| Plaintiff, | ) **ORDER REGARDING TELEPHONIC** |
| v. | ) **SETTLEMENT DISPOSITION** |
| | ) **CONFERENCE** |
| BEST OVERNITE EXPRESS, INC., etc., et al., | ) |
| Defendants. | ) |

An Early Neutral Evaluation Conference was held on May 14, 2008 at 2:00 p.m.  The case settled, and the terms of the settlement were placed on the record (15:51:26-15:53:19).  The attorneys shall appear for a telephonic Settlement Disposition Conference on **June 17, 2008** at **4:00 p.m.** before Magistrate Judge Adler unless a joint motion for dismissal is filed with the Court, and a separate proposed order for dismissal is e-mailed to the district judge's e-mail address, prior to that time.[1]  If a joint motion for dismissal and proposed order thereon cannot be

---

[1] See Electronic Case Filing Administrative Policies and Procedures Manual, Sections 2.f. and 2.h., for more information.

08cv0257

1 provided on or before the date indicated above, counsel shall
2 contact the chambers of Magistrate Judge Adler <u>at least one court</u>
3 <u>day before</u> the date indicated above to explain the reasons
4 therefor.  <u>Failure to comply with this order may be cause for the</u>
5 <u>imposition of monetary sanctions.</u>
6     **IT IS SO ORDERED.**
7 DATED:  May 15, 2008

_____
Jan M. Adler
U.S. Magistrate Judge