1  Kathleen C. Jeffries (State Bar #110362)
   SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2  2 North Lake Avenue, Suite 460
   Pasadena, California 91101
3  Telephone: (626) 795-4700
   Facsimile: (626) 795-4790
4  kjeffries@scopelitis.com

5  Attorneys for Defendant
   BEST OVERNITE EXPRESS, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 | JOHN BROCKMAN, an individual,        ) Case No. 08 CV 0257 LAB JMA
                                          )
11 |              Plaintiff,               )
                                          ) JOINT MOTION FOR DISMISSAL
12 |        v.                            )
                                          )
13 | BEST OVERNITE EXPRESS, INC., A       )
     CALIFORNIA CORPORATION; and          ) Settlement Disposition Conference:
14 | DOES 1 through 10, inclusive,        ) Date: June 17, 2008
                                          ) Time: 4:00 p.m.
15 |             Defendants.              ) Trial: Not Set
                                          )
16 | _____    )

17

18       Plaintiff John Brockman and defendant Best Overnite Express,

19 Inc., by and through their respective attorneys of record, hereby move for a

20 dismissal of this action in its entirety with prejudice, with each party to bear

21 its own costs of litigation, on the grounds that a settlement agreement has

22 ///

23 ///

24 ///

25 ///

26 ///

27                                    1

28
                                              Case No. 08 CV 0257 LAB JMA

1  been reached by and between said parties and that the terms of said
2  settlement agreement have been fully satisfied.
3
4  Dated: 4 June, 2008        LAW OFFICES OF MICHAEL L. TRACY
5
6                             By: _____
7                                 Michael. L. Tracy/Megan R. Hutchins
                                   Attorneys for Plaintiff
                                   JOHN BROCKMAN
8
9  Dated: June 4, 2008         SCOPELITIS, GARVIN, LIGHT, HANSON &
                                FEARY, LLP
10
11
12                             By: _____
                                   Kathleen C. Jeffries
13                                 Attorneys for Defendant
                                   BEST OVERNITE EXPRESS, INC.
14
15
16
17
18
19
20
21
22
23
24
25
26
27                                      2
28
                                                    Case No. 08 CV 0257 LAB JMA