UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROCKMAN, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BEST OVERNITE EXPRESS, INC., A CALIFORNIA CORPORATION; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br>_____ | Case No. 08 CV 0257 LAB JMA<br><br>ORDER ON JOINT MOTION FOR DISMISSAL |

Based upon the joint motion of the parties hereto, Plaintiff John Brockman and Defendant Best Overnite Express, Inc., through their respective counsel of record,

**IT IS HEREBY ORDERED** that the entire action is **DISMISSED WITH PREJUDICE** and that each party shall bear its own costs of litigation.

Dated: June 9, 2008

　　　　　　　　　　　　　　　　　　　　　_/s/ Larry A. Burns_
　　　　　　　　　　　　　　　　　　　　　Hon. Larry Alan Burns
　　　　　　　　　　　　　　　　　　　　　United States District Judge

_____
　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 08 CV 0257 LAB JMA